IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:11-CV-181-MOC-DCK

| | | |
|---|---|---|
| REPUBLIC-FRANKLIN INSURANCE COMPANY and GRAPHIC ARTS MUTUAL INSURANCE COMPANY, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | **ORDER** |
| SCOTT B. PASOUR AND PASOUR AUTO REPAIR, INC. d/b/a PASOUR AUTO REPAIR SERVICE, | ) ) ) ) ) | |
| Defendant. | ) ) | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiffs' "Motion To Stay Initial Attorney's Conference" (Document No. 12) filed June 27, 2011. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, and noting consent of Defendants' counsel, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiffs' "Motion To Stay Initial Attorney's Conference" (Document No. 12) is **GRANTED**.

Signed: June 27, 2011

David C. Keesler
United States Magistrate Judge