# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Republic-Franklin Insurance Company and
Graphic Arts Mutual Insurance Company,

       Plaintiff(s),

vs.

Scott B. Pasour and
Pasour Auto Repair, Inc. d/b/a
Pasour Auto Repair Service,

       Defendant(s).

JUDGMENT IN A CIVIL CASE

3:11-cv-181-MOC

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 31, 2011 Order.

       Signed: October 31, 2011

       *Frank G. Johns*

       Frank G. Johns, Clerk
       United States District Court